UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JOHN LYNCH,             ) | 1:06-CV-0827 AWI LJO HC |
|                               ) | |
|     Petitioner,               ) | |
|                               ) | ORDER GRANTING EXTENSION OF |
|     v.                        ) | TIME TO FILE OBJECTIONS |
|                               ) | (DOCUMENT #6) |
| KATHY MENDOZA-POWERS,         ) | |
|                               ) | |
|     Respondent.               ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 20, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   October 12, 2006**                    **/s/ Lawrence J. O'Neill**
23ehd0                                           UNITED STATES MAGISTRATE JUDGE