UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JOHN LYNCH,<br><br>            Petitioner,<br><br>   v.<br><br>KATHY MENDOZA-POWERS, Warden,<br><br>            Respondent. | 1:06-CV-00827 AWI LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #5]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On August 23, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED as successive. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

     On November 8, 2006, Petitioner filed objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. As explained by the Magistrate Judge, this petition is successive of a petition that remains pending in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 23, 2006, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED; and

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:     December 30, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE

U.S. District Court
E. D. California      cd                    2